BEFORE THE SECOND DIVISION, JULY 5, 1940

**No. 44086.**—Protest 30461–K of Greenberg & Josefsberg (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel and on the authority of *Borgfeldt* v. *United States* (T. D. 48585) the claim at 33⅓ percent under paragraph 412 was sustained.

**No. 44087.**—Protests 947368–G, etc., of M. Pressner & Co. et al. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel and on the authority of Abstract 43372 tape measures were held dutiable as household utensils at 40 percent under paragraph 339 as claimed.

BEFORE THE THIRD DIVISION, JULY 5, 1940

**No. 44088.**—Protest 997356–G of Hahne & Burns (New York).

Opinion by CLINE, J. The record showed that the dried ginger was imported from Freetown, Sierra Leone, in bags. It appeared from the papers that some of the bags were marked "Sierra Leone" while others were marked "Sa. Leone." It was held that the collector erred in assessing the marking duty on the merchandise which was marked "Sierra Leone." In view of *Lorillard* v. *United States* (24 C. C. P. A. 90, T. D. 48412) it was held that the marking "Sa. Leone" was sufficient. Abstracts 32638, 36598, 39884, 40802, and 43151 cited. Following *Kraft* v. *United States* (22 C. C. P. A. 111, T. D. 47103) the protest was sustained.

BEFORE THE SECOND DIVISION, JULY 8, 1940

**No. 44089.**—Protests 783715–G, etc., of American Express Co. et al. (Boston).

Opinion by KINCHELOE, J. On the authority of *Lamborn* v. *United States* (27 C. C. P. A. 46, C. A. D. 60) the protests were dismissed.

**No. 44090.**—Protest 954531–G of Geo. H. Maus, Inc. (New York).

Opinion by KINCHELOE, J. In accordance with stipulation of counsel and on the authority of *United States* v. *Penn* (27 C. C. P. A. 242, C. A. D. 93) the claim at 90 percent under paragraph 1529 (a) was sustained.

**No. 44091.**—Protest 31176–K of DeGrauw Aymar & Co. (New York).

Opinion by KINCHELOE, J. In accordance with stipulation of counsel and on the authority of *United States* v. *Penn* (27 C. C. P. A. 242, C. A. D. 93) the claim at 90 percent under paragraph 1529 (a) was sustained.